ACCEPTED
04-17-00347-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/27/2017 9:51 AM

## NO. 04-17-00347-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/27/2017 9:51:15 AM
KEITH E. HOTTLE
CLERK

RITA GONZALEZ, as Trustee of the
R.G. FAMILY IRREVOCABLE TRUST NO. 1,
and RAMON GONZALEZ, JR.,
Appellants

v.

DON A. JANSSEN and DEBRA JANSSEN,
Appellees

---

### APPELLANTS' UNOPPOSED FIRST
### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellants Rita Gonzalez, as Trustee of the R.G. Family Irrevocable Trust No. 1 and Ramon Gonzalez, Jr. ask the Court to extend the time for filing their brief for 30 days to October 27, 2017, and in support of this motion shows:

**Date of Judgment, Number and Style of Case**

1. This is an appeal from the trial court's Interlocutory Judgment signed on February 15, 2017, by the Honorable Russell Wilson, 81st Judicial District Court, Wilson County, Texas, in Cause 15-

09-00215-A-CVK, styled *Rita Gonzalez, as Trustee of the R.G. Family Irrevocable Trust No.1, and Ramon Gonzalez, Jr. v. Don A. Janssen and wife, Debra Janssen*, assigned to the 81st Judicial District Court, Wilson County, Texas.

## Perfection of Appeal

2.    Appellants filed their notice of appeal on May 30, 2017.

## Record

3.    The clerk's record was filed on July 14, 2017 and the reporter's record was filed on August 28, 2017.

## Current Deadline

4.    Appellants' Brief is due on September 27, 2017.

## Length of Extension

5.    Appellants seek a 30-day extension of time to file their brief to October 27, 2017.

## Need for Extension

6.    The undersigned counsel has the primary responsibility for preparing the brief.  During the last thirty (30) days, she has been involved in matters in other cases, which have hampered her ability to prepare this brief.

## First Request for Extension

7.    Appellants have neither requested nor received any previous extensions.

## No Opposition

8.    Appellants' attorney has conferred with counsel for Appellees, who does not oppose this motion.

## Prayer

9.    For all these reasons, Appellants respectfully ask this Court to grant this motion and to extend the date for filing Appellants' brief for a period of 30 days, to October 27, 2017.

Respectfully submitted,

*/s/ Catherine M. Stone*
CATHERINE M. STONE
State Bar No. 19286000
cstone@langleybanack.com
BRUCE K. SPINDLER
State Bar No. 18947050
bspindler@langleybanack.com
ROBINSON C. RAMSEY
State Bar No. 16523700
rramsey@langleybanack.com
LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 700
745 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: 210.736.6600
Telecopier: 210.735.6889

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with counsel for Appellees who does not oppose this motion.

/s/ Catherine M. Stone
CATHERINE M. STONE

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served upon the following counsel of record on this 27th day of September, 2017:

David C. Griffin
Email: dcg@lawmgk.com
Michael Neuerburg
Email: mnueburg@lawmgk.com
MAREK, GRIFFIN & KNAUPP
P.O. Box 2329
Victoria, Texas  77902-2329
Telephone: 361.573.5500
Telecopier: 361.573.5040

/s/ Catherine M. Stone
CATHERINE M. STONE

4